# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-2327-GHK (PJWx) | Date | July 7, 2011 |
| Title | X6D Limited, et al. v. Li-Tek Corporation Company, et al. | | |

| Present: The Honorable | PATRICK J. WALSH, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Celia Anglon-Reed | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** Order to Show Cause Why David Hamm Should Not be Held in Contempt of Court for Failing to Appear at Hearing As Ordered

The Court scheduled a hearing for July 7, 2011, at 12:15 p.m., to address the discovery issues raised by Plaintiffs relating to non-party subpoenas served on C2C and David Hamm. According to Plaintiffs' counsel, Mr. Hamm is refusing to produce the documents unless he is paid an exorbitant amount of money and has threatened to destroy the documents or send them out of the country if Plaintiffs do not pay. As a result, the Court ordered Mr. Hamm to appear in person at the hearing. Mr. Hamm failed to appear, however. Plaintiffs' counsel informed the Court that he had spoken with Mr. Hamm two days ago and that Mr. Hamm had asked him if the matter could be resolved so that Mr. Hamm would not have to come to court for the hearing. Counsel told Mr. Hamm that he would have to appear.

It is hereby ordered that David Hamm appear at a hearing on July 14, 2011, at 12:15 p.m. in the United States Courthouse, 312 N. Spring Street, Los Angeles, California, 90012, Courtroom 23, and show cause as to why he should not be held in contempt of court for willfully violating the Court's order to appear for the hearing on July 7, 2011.

cc: All counsel of record
    Richard Carlow
    David Hamm

S:\PJW\Cases-X\X6D Limited v. Li-Tek\OSC. David Hamm.wpd

_____ : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2327-GHK (PJWx) | Date | July 7, 2011 |
|---|---|---|---|
| Title | X6D Limited, et al. v. Li-Tek Corporation Company, et al. | | |

Initials of Preparer   ca