CHANG C. CHEN (California Bar No. 118727)
changcchen@gmail.com
LAW OFFICES OF DR. CHANG C. CHEN
500 Bryant Street, #104
San Francisco, CA 94107
Telephone: (415) 990-1858
Facsimile: (510) 235-9151

Attorneys for Defendants
Li-Tek Corp. Co.
Dongguan Li Wang Electronics & Plastics Co.

ROBERT M. SCHWARTZ (SB #117166)
rschwartz@omm.com
B. JENNIFER GLAD (SB #239386)
jglad@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the GDC Defendants and Counterclaimants

[Complete List of Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| X6D LIMITED; X6D USA INC.; and XPAND, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LI-TEK CORPORATION COMPANY, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-10-02327 GHK (PJW)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Disc. Cut-Off:     Sept. 12, 2011<br>Motion Cut-Off:  Aug. 15, 2011<br>Hearing Date:     February 6, 2012<br>Trial:                   T.B.D. |

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 6, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 650 of the above-entitled Court located at 255 East Temple Street, Los Angeles, California 90012, Defendants Li-Tek Corp. Co. and Dongguan Li Wang & Electronics Co. (collectively, "Li-Tek") and Defendants Global Digital Creations Holdings Ltd., GDC Technology Limited, GDC Technology (China) Ltd., GDC Technology (USA) LLC, GDC Technologies of America LLC, and Dr. Man-Nang Chong (collectively, "GDC") will and hereby do move the Court pursuant to Fed. R. Civ. P. 56 for judgment in their favor on all claims and causes of action that Plaintiffs X6D Ltd., X6D USA, Inc., and XpanD, Inc., (collectively, "Plaintiffs") has asserted against them.[1]  In the alternative, Defendants move for Partial Summary Judgment on all parts of each of Plaintiffs' claims.  There are no genuine issues as to any material fact with respect thereto, and Defendants are entitled to judgment as a matter of law.

Specifically, Defendants seek Summary Judgment on:

(1)     Plaintiffs' First Claim for Copyright Infringement against GDC, Second Claim for Copyright Infringement (which is stated against Li-Tek only), Third Claim for Copyright Infringement (which is stated against Li-Tek only), Fourth Claim for Trademark and Trade Dress Infringement (which is stated against Li-Tek only),[2] Sixth Claim for Trade Secret Misappropriation as to business and commercial trade secrets; and Seventh Claim for Unfair Competition.  Plaintiffs have agreed to drop these claims and the Court should, therefore award Defendants Summary Judgment on all of the foregoing.  Alternatively, the Court should dismiss all of the foregoing claims with prejudice in accordance with Fed. R. Civ. Proc. 41(b).

---

[1] Li-Tek and GDC will be collectively referred to as "Defendants."
[2] Plaintiffs' Second Amended Complaint purports to aver claims, including Claim Three, against Flinch-3D.  However, Flinch-3D has never appeared in this action.

(2) Plaintiffs' First Claim for Copyright Infringement against Li-Tek. Summary judgment is appropriate for at least the following reasons: (a) XpanD, Inc. and X6D USA, Inc. lack standing to bring a copyright claim as they have no ownership interest in the copyrighted work; (b) Plaintiffs' case for infringement is based on similarities in how Li-Tek's work functions, not its appearance, and Copyright law does not protect functionality; and (c) the copyrighted work is not substantially similar to Li-Tek's accused work.

(3) Plaintiffs' Sixth Claim for the violation of California's Uniform Trade Secret Misappropriation Act ("CUTSA") as to technical trade secrets against Li-Tek and GDC. Summary judgment is appropriate for at least the following reasons: (a) X6D USA, Inc. lacks standing to assert a claim for trade secret misappropriation because it has no ownership interest in any of the trade secrets that were allegedly misappropriated; (b) CUTSA does not reach the alleged conduct here as the acts supposedly occurred, if at all, in Mainland China and the relevant Plaintiffs, X6D, Ltd. and XpanD, Inc., are located in Slovenia and Oregon, respectively; (c) Plaintiffs have repeatedly failed to identify their supposed trade secrets with sufficient specificity, a requirement to asserting a CUTSA claim; (d) Plaintiffs' supposed trade secrets are publicly known and/or were never disclosed to Defendants; (e) Plaintiffs failed to take reasonable measures to protect their supposed trade secrets; (f) Plaintiffs failed to provide sufficient evidence of damages; and (g) Plaintiffs' CUTSA claim is preempted by federal patent law in that it is based on material set forth in an unsuccessful patent application.

(4) Plaintiffs' Sixth Cause of Action for the violation of California's Uniform Trade Secret Misappropriation Act as to technical trade secrets against GDC Technology USA and GDC Technology of America. Summary judgment is appropriate on Plaintiffs' CUTSA claim against these two defendants because neither engaged in any conduct that could constitute a violation of CUTSA, nor

1  have Plaintiffs suffered any damages as a result of any activities by either
2  defendant.
3    The grounds for Defendants' Motion for Summary Judgment are addressed
4  in greater detail in the concurrently-filed Joint Memorandum.  Defendants' Motion
5  is based on this Notice, the Joint Memorandum, the Joint Appendix, the Request
6  for Judicial Notice, the Evidentiary Appendix, and on such other evidence and
7  argument as may be presented to the Court by counsel for Defendants at the
8  hearing on this Motion.

DATED: November 30, 2011    **LAW OFFICES OF DR. CHANG C. CHEN**
**KLEIN, O'NEILL & SINGH, LLP**
**LATHROP & GAGE LLP**

By: _____
Andrew Chen
Attorneys for Defendants
Li-Tek Corporation Co., and Dongguan Li Wang Electronic and Plastics Co. Ltd.

DATED: November 30, 2011    **O'MELVENY & MYERS, LLP**

By _____
Jennifer Glad
Attorneys for Defendants
Global Digital Creations Holdings Ltd., GDC Technology Ltd., GDC Technology China Ltd., GDC Technology (USA) LLC, GDC Technology of America LLC, and Dr. Man-Nang Chong

CHANG C. CHEN (California Bar No. 118727)
changcchen@gmail.com
LAW OFFICES OF DR. CHANG C. CHEN
500 Bryant Street, #104
San Francisco, CA 94107
Telephone: (415) 990-1858
Facsimile: (510) 235-9151

SANG N. DANG (California Bar No. 214558)
sdang@koslaw.com
ANDREW B. CHEN (California Bar No. 210421)
achen@koslaw.com
**KLEIN, O'NEILL & SINGH, LLP**
18200 Von Karman, Suite 725
Irvine, CA 92612
Telephone: 949-955-1920
Facsimile: 949-955-1921

John Shaeffer (SBN 138331)
jshaeffer@lathropgage.com
Jeff Grant (SBN 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310-789-4600
Facsimile: 310-789-4601


Attorneys for Defendants
Li-Tek Corp. Co. and Dongguan Li Wang & Electronics Co.


ROBERT M. SCHWARTZ (SB #117166)
rschwartz@omm.com
B. JENNIFER GLAD (SB #239386)
jglad@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the GDC Defendants

5

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT